UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>      Plaintiff,<br><br>   -against-<br><br>ACAI OF NY LLC and 2363 ARTHUR AVE. CORP.,<br><br>      Defendants. | 25-CV-1647 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's **February 27, 2025** Order, ECF No. **7**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **June 18, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 23, 2025**.

  SO ORDERED.

Dated: June 19, 2025
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge