# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

July 7, 2025

**VIA CM/ECF**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15A
New York, NY 10007

                    Re:     Velasquez v. Acai Of NY LLC, et al.
                              Case 1:25-cv-01647-AS

Dear Judge Subramanian:

       The undersigned represents the Plaintiff in the above-captioned case matter. Per Order D.E. 15, Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Practices in Civil Cases within two weeks of the date of this Order, or July 7, 2025, as Defendants in this action appear to be in default.

       Plaintiff states that Plaintiff normally serves the Summons and Complaint via the Department of State, Division of Corporations. Yet, due to the current unresponsiveness of the Defendants, Plaintiff instead recently served via an independent process server, to assure that Defendants are aware of the lawsuit, and they are able to be provided with the Complaint. The Department of State serves via Certified mail, and their address base can be old and, therefore, invalid for service.

       In serving the Defendants via an independent process server, the location of the business, which is also the address for service, though the correct address, is undergoing renovations and temporarily closed. Therefore, we could not complete service. Second, the name of the Defendant, the real property owner, is now a family Trust. Therefore, Plaintiff and his counsel, will need to amend the Complaint and serve the Trust and Trustees, instead of the Defendant listed. The service we had sent to that original Defendant was rejected.

       Due to the above-stated reasons, the Plaintiff and his undersigned counsel respectfully request an extension, or a stay of the motion for default, currently in this matter, until the service issues are resolved, the Complaint is amended, and the right parties are served. If the Court is not willing to stay the motion for default, in the alternative, we request that the Court grant an extension of 30 days.

Thank you for your consideration of this first request.

                          Sincerely,

                    By: /S/   B. Bradley Weitz
                        B. Bradley Weitz, Esq. (BW9365)
                        THE WEITZ LAW FIRM, P.A.
                        Attorney for Plaintiff
                        Bank of America Building
                        18305 Biscayne Blvd., Suite 214
                         Aventura, Florida 33160
                        Telephone: (305) 949-7777
                        Facsimile:  (305) 704-3877
                        Email: bbw@weitzfirm.com

No motion for default was filed by the deadline. Plaintiff shall file any amended complaint and serve the defendants by July 22, 2025. Plaintiff shall file proof of service by August 1, 2025.

The Clerk of Court is directed to terminate the motion at Dkt. 17.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: July 8, 2025