# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

October 20, 2025

**VIA CM/ECF**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15A
New York, NY 10007

> Re: Velasquez v. Acai Of NY LLC, et al.
> Case 1:25-cv-01647-AS

Dear Judge Subramanian:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for October 27, 2025 at 3:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State and also via personal service. We served new Defendants and await their appearance. Unfortunately, Acai Of NY LLC ("Acai") seems to have vacated the location. We will be seeking to investigate a principal related to Acai to serve. Nonetheless, in order to allow the parties adequate time to afford additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this second adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

GRANTED.

The remote initial pretrial conference is adjourned to December 15, 2025, at 11:30 AM. Same dial-in information.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 21, 2025