# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

December 5, 2025

**VIA CM/ECF**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15A
New York, NY 10007

GRANTED. The initial pretrial conference is hereby adjourned to February 10, 2026. Same time, same dial-in information.

The Clerk of Court is directed to terminate the motion at Dkt. 36.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 5, 2025

> Re:    **Velasquez v. Acai Of NY LLC, et al.**
>        **Case 1:25-cv-01647-AS**

Dear Judge Subramanian:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is **currently** scheduled  December 15, 2025, at 11:30 a.m., in your Honor's Courtroom.  However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State and also via personal service.  Nonetheless, in order to allow the parties adequate time to afford additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this third adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com