UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                    Plaintiff,

        -against-

ACAI OF NY LLC et al.,

                  Defendants.

25-CV-1647 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's August 22, 2025 and March 18, 2026 Orders, Dkts. 33 and 41, the parties were required to file a joint letter, the contents of which are described in Dkt. 33, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **Monday, May 11, 2026 at 5:00 PM**.

      SO ORDERED.

Dated: May 7, 2026
       New York, New York

                               ARUN SUBRAMANIAN
                         United States District Judge