# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

March 17, 2026

**VIA CM/ECF**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15A
New York, NY 10007

**Re:    Velasquez v. Acai of NY LLC, et al.**
**Case 1:25-cv-01647-AS**

 Dear Judge Subramanian:

The undersigned represents the Plaintiff in the above-captioned matter. The Initial Pretrial Conference in this matter is currently scheduled for May 14, 2026, at 2:00 p.m., in your Honor's Courtroom.  However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State, and also having been served via personal service by an independent process server.

Recently, the Defendants were remitted correspondence via Federal Express in order to solicit their attention to appear in this matter.  Currently, we await their response.  For the above-stated reasons, in order to  allow additional time for the Defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

The undersigned is making additional efforts to contact the Defendants via courier service in order to solicit their appearance.

Thank you for your consideration of this sixth adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877

Seibel, J. Letter 04.03.12
Page 2 of 2

Email: bbw@weitzfirm.com

GRANTED. The remote initial pretrial conference is hereby ADJOURNED to **Thursday, July 16, 2026 at 2:00 PM**. Same dial-in information.

The deadline to submit the joint letter and proposed case management plan, which is now July 8, 2026, will not be adjourned again unless the Court receives a motion to adjourn by July 6.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 43.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 11, 2026