# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

July 3, 2026

**VIA CM/ECF**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15A
New York, NY 10007

**Re:** ***Velasquez v. Acai Of NY LLC, et al.***
**Case 1:25-cv-01647-AS**

Dear Judge Subramanian:

The undersigned represents the Plaintiff in the above-captioned matter. The Initial Pretrial Conference in this matter is currently scheduled for July 16, 2026, at 2:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State, and also having been served via personal service by an independent process server.

In an effort to provide Defendants with every opportunity to appear, Plaintiff has retained the services of a skip-tracing company to locate additional contact information, including residential addresses, for the Defendants. Additionally, the Defendants were remitted correspondence via Federal Express in order to solicit their attention to appear in this matter.

For the above-stated reasons, in order to allow additional time for the Defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this seventh adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

GRANTED. The remote initial pretrial conference is hereby ADJOURNED to **Friday, August 28, 2026 at 2:00 PM**. Same dial-in information. The deadline to submit the joint letter and proposed case management plan is now **Wednesday, August 19, 2026**.

Rather than seek any additional extensions, plaintiff should either file a motion for default judgment or voluntarily dismiss this case.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 45.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 8, 2026